# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 15, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156746(56)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

DAWN MARIE DIXON-BEY,
      Defendant-Appellee.

SC: 156746
COA: 331499
Jackson CC: 15-004596-FC

_____/

On order of the Chief Justice, the motions of the Criminal Defense Attorneys of Michigan to extend the time for filing a brief amicus curiae and to waive the filing fee are GRANTED. The amicus brief will be accepted as timely filed if submitted on or before September 24, 2018.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 15, 2018

Clerk